IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JACQUELINE IRELAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:18-CV-208-A |
| | § | |
| AMERICAN AIRLINES, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

FINAL JUDGMENT AS TO CERTAIN DEFENDANT

In accordance with the order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Jacqueline Ireland, against defendant American Airlines Group, Inc., be and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that these parties each bear their own court costs and attorney's fees.

The court determines that there is no just reason for delay in, and hereby directs, entry of final judgment as to the dismissal of said claims.

SIGNED May 23, 2019.

_____
JOHN MCBRYDE
United States District Judge