IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JACQUELINE IRELAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:18-CV-208-A |
| | § | |
| AMERICAN AIRLINES, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

FILED
MAY 28 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## FINAL JUDGMENT

In accordance with the court's memorandum opinion and order signed this date,

The court ORDERS, ADJUDGES, and DECREES, that plaintiff, Jacqueline Ireland, take nothing on her claims against defendant American Airlines, Inc. ("American"), and that such claims be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that American have and recover its court costs from plaintiff.

SIGNED May 28, 2019.

_____
JOHN McBRYDE
United States District Judge